| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | Douglas Beevers, USVI Bar #766 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | SHIRAZ MALIK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. 2:11-cr-00426-LKK
)
        Plaintiff,  )
)  ORDER AFTER HEARING
  v.  )
)
SHIRAZ MALIK,  )
)
        Defendant.  )
)

This matter came on calendar for a status conference hearing on August 7, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Court Judge. Assistant United States Attorney Daniel McConkie appeared on behalf of the United States of America. Assistant Federal Defender Douglas Beevers appeared on behalf of defendant Shiraz Malik, who was in custody and present before the court.

The parties requested that this matter be set for further status conference. It was stipulated that this matter be set for status conference on November 6, 2012 at 9:15 a.m. This case is unusual and complex as there are thousands of pages of discovery and allegations involving incidents in multiple countries. Therefore, additional time is requested to review the discovery and investigate the facts of the case.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. § 3161 (h) (7) (A) and (B) (ii) and (iv), and Local Codes T2

(unusual and complex case) and T4 (reasonable time for defense counsel to prepare), from August 7, 2012, up to and including the November 6, 2012 status conference. The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial.

**IT IS HEREBY ORDERED** that this matter is set for status conference on November 6, 2012 at 9:15 a.m.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. § 3161 (h) (7) (A) and (B) (ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare) the period from August 7, 2012, up to and including November 6, 2012 is excluded from the time computations required by the Speedy Trial Act due to counsel preparation.

Dated: August 10, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT