THE CRIMINAL DEFENSE GROUP
Alan Baum, SBN 42160
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Counsel for the defendant
SHIRAZ MALIK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. Cr. 11-426 LKK |
| Plaintiff, | ORDER |
| v. | |
| SHIRAZ MALIK | |
| Defendants, | |

UPON GOOD CASE SHOWN IT IS HEREBY ORDERED THAT time be excluded between March 19, 2013 and May 7, 2013 and the status conference hearing in the above reference matter shall be continued to May 7, 2013.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 19, 2013 and May 7, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii) and (B)(iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 14, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1