HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
SHIRAZ MALIK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHIRAZ MALIK,<br><br>　　　　Defendant. | NO. 2:11-CR-00426 LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: October 8, 2013<br>TIME: 9:15 AM<br>JUDGE: Hon. Lawrence K. Karlton |

The parties request that the status conference in this case be continued from Tuesday, September 24, 2013 to Tuesday, October 8, 2013 at 9:15 a.m. They stipulate that the time between September 24, 2013 and October 8, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(ii)[complex case] (Local Code T-2).

Specifically, defense counsel was recently reappointed on this matter. Defense counsel needs additional time to review the voluminous discovery, investigate the fact of the case, and to negotiate a resolution to this matter. In addition, the Urdu interpreters are unavailable the week of October 1, 2013 due to trial. The parties stipulate and agree that the interests of justice served

*U.S. v. Malik*
Stipulation and Order

-1-

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(B)(ii) [complex case] (Local Code T-2).

| Dated: September 23, 2013 | Respectfully submitted, |
| --- | --- |
| | HEATHER E. WILLIAMS |
| | Federal Defender |
| | |
| | */s/ Douglas Beevers* |
| | DOUGLAS BEEVERS |
| | Assistant Federal Defender |
| | Attorney for Defendant |
| | SHIRAZ MALIK |

| Dated: September 23, 2013 | BENJAMIN B. WAGNER |
| --- | --- |
| | United States Attorney |
| | |
| | */s/ Richard Bender* |
| | RICHARD BENDER |
| | Assistant United States Attorney |
| | Attorney for Plaintiff |

# **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 24, 2013, be continued to October 8, 2013, at 9:15a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the October 8, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) (B)(ii) [complex case] (Local Code T-2).

**IT IS SO ORDERED.**

DATED: September 24, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*U.S. v. Malik*
Stipulation and Order

-2-